| | |
|---|---|
| 1 | William Turley, Esq. (122408) |
| | Bturley@turleylawfirm.com |
| 2 | David Mara, Esq. (230498) |
| | Dmara@turleylawfirm.com |
| 3 | Jill Vecchi, Esq. (299333) |
| | Jvecchi@turleylawfirm.com |
| 4 | **THE TURLEY & MARA LAW FIRM, APLC** |
| | 7428 Trade Street |
| 5 | San Diego, California 92121 |
| 6 | Telephone: (619) 234-2833 |
| | Facsimile: (619) 234-4048 |
| 7 | |
| 8 | Attorneys for Plaintiff RICHARD TERRY |
| | on behalf of himself and all others similarly |
| 9 | situated, and on behalf of the general public |
| 10 | Brandon McKelvey (217002) |
| | Brandon@medinamckelevey.com |
| 11 | Timothy B. Nelson (235279) |
| | Tim@medinamckelvey.com |
| 12 | **MEDINA MCKELVEY LLP** |
| 13 | 983 Reserve Drive |
| | Roseville, California 95678 |
| 14 | Telephone (916) 960-2211 |
| | Facsimile (916) 742-5151 |
| 15 | |
| 16 | Attorneys for Defendant |
| | HOOVESTOL, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERRY, on behalf of himself and all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>HOOVESTOL, INC., and DOES 1-100<br><br>Defendants. | Case No. 3:16-cv-5183 ~~JSC~~ JST<br><br>[*Assigned for all purposes to the Honorable Jon S. Tigar*]<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION REGARDING MEDIATION AND CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: July 20, 2016<br>Removed: September 8, 2016<br>Trial Date: None Set |

Based upon the stipulation of the parties, and good cause having been shown, the Court hereby continues the deadline for the parties in this action to complete alternative dispute resolution. The Court acknowledges that the Parties have agreed to attend private mediation and orders that private mediation must be completed by October 30, 2017. The Court hereby continues the case management conference scheduled for May 30, 2017 at 9:30 a.m. until November 15, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 3, 2017 _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT